# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JAMES GEORGE, Individually and
On Behalf of All Others Similarly Situated                    PLAINTIFF

v.                              No.  3:22-cv-39-DPM

FREEMAN BODY, GLASS, RENTAL,
TOWING & SALES, INC. and
JEFF FREEMAN                                             DEFENDANTS

## ORDER

Paul Waddell is on my recusal list.  The Initial Scheduling Order,
*Doc. 7*, is vacated.  I recuse.  The Clerk of Court must reassign this case
at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 March 2022