IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES GEORGE, Individually and on**                                  **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                          No. 3:22-cv-39-BRW

**FREEMAN BODY, GLASS, RENTAL,**                              **DEFENDANTS**
**TOWING & SALES, INC., and JEFF FREEMAN**

## JOINT MOTION FOR ENTRY OF JUDGMENT

Plaintiff James George ("Plaintiff"), and Defendants Freeman Body, Glass, Rental, Towing & Sales, Inc., and Jeff Freeman ("Defendants"), by and through their undersigned counsel, hereby submit the following for their Joint Motion for Entry of Judgment:

1.      On June 23, 2022, Defendants' counsel emailed Plaintiff's counsel with an offer of judgment in the sum of $6,230.74. *See* ECF No. 16-1.

2.      On June 24, 2022, Plaintiff filed a Notice of Acceptance of the Offer of Judgment. ECF No. 16.

3.      The Parties then notified this Court that following Plaintiff's filing of his Notice of Acceptance of Offer of Judgment, the Parties negotiated and reached a separately negotiated amount of attorneys' fees and costs. Joint Notice of Settlement to Attorneys' Fees and Costs, ECF No. 17.

4.      Under Federal Rule of Civil Procedure ("FRCP") 68(a), the clerk must enter judgment following a filed acceptance of an Offer of Judgment.

5.      Under FRCP 58(a), "[e]very judgment and amended judgment must be set out in a separate document…".

**Page 1 of 3**
**James George, et al. v. Freeman Body Glass, Rental, Towing & Sales, Inc., et al.**
**U.S.D.C. (E.D. Ark.) No. 3:22-cv-39-BRW**
**Joint Motion for Entry of Judgment**

6.      Judgment has not yet been entered for Plaintiff's Offer of Judgment.

7.      Accordingly, the Parties seek the Court to enter judgment against Defendants in the amount of $6,230.74.

8.      As the Parties have separately negotiated an amount of attorneys' fees, no fee petition will be forthcoming.

WHEREFORE, the Parties respectfully request that their Motion for Entry of Judgment be granted in its entirety, that the Court enter judgment for Plaintiff in the amount of $6,230.74, and for all other just and equitable relief to which the Parties may be entitled.

Respectfully submitted,

**PLAINTIFF JAMES GEORGE**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 2 of 3**
**James George, et al. v. Freeman Body Glass, Rental, Towing & Sales, Inc., et al.**
**U.S.D.C. (E.D. Ark.) No. 3:22-cv-39-BRW**
**Joint Motion for Entry of Judgment**

**and    FREEMAN BODY, GLASS, RENTAL, TOWING & SALES, INC., and JEFF FREEMAN, DEFENDANTS**

WADDELL COLE & JONES, PLLC
P.O. Box 1700
Jonesboro, Arkansas 72403
Telephone: (870) 931-1700
Facsimile: (870) 931-1800

*/s/ Paul D. Waddell*
Paul D. Waddell
Ark. Bar No. 87179
pwaddell@wcjfirm.com

Justin E. Parkey
Ark. Bar No. 2008242
jparkey@wcjfirm.com

**Page 3 of 3**
**James George, et al. v. Freeman Body Glass, Rental, Towing & Sales, Inc., et al.**
**U.S.D.C. (E.D. Ark.) No. 3:22-cv-39-BRW**
**Joint Motion for Entry of Judgment**