IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES GEORGE, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 3:22-cv-39-BRW

**FREEMAN BODY, GLASS, RENTAL,**            **DEFENDANTS**
**TOWING & SALES, INC., and JEFF FREEMAN**

## SATISFACTION OF JUDGMENT

Notice is hereby given that the Order entered in the above-styled and numbered case, and bearing ECF No. 19, has been fully paid and satisfied, and the Clerk of this Court, by any deputy, is authorized to enter this Satisfaction of Judgment, by marginal endorsement, on behalf of Plaintiff James George.

    Respectfully submitted,

    **PLAINTIFF JAMES GEORGE**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Center Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (501) 221-0088
    Facsimile: (888) 787-2040

    Colby Qualls
    Ark. Bar No. 2019246
    colby@sanfordlawfirm.com

    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com